# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| MICHAEL JAMES SEATON | ) | Case No.  18-mj-01005-NYW |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:
On or about the date(s) of January 14, 2018, in the county of Otero in the State and District of Colorado, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Transmission of threats in interstate commerce |
| 18 U.S.C. § 115(a)(1)(A) | Threats to murder a U.S. official's family member |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/      Jeffrey Schirmer*
*Complainant's signature*

Jeffrey Schirmer, Special Agent, FBI
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **19 Jan 2018**

City and state: Denver, Colorado

*Nina Y. Wang*   *Judge's signature*
United States Magistrate Judge
*Printed name and title*

18-mj-01005-NYW

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Jeffrey Schirmer, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn deposes and states as follows to wit:

1. Your affiant has been employed by the FBI for 21 years. As part of my duties, I investigate a variety of Title 18 and Title 21 violations to include extortion and threats. I have received training and instruction in threats and threat mitigation, including threats made via electronic means, such as by telephone or through the use of a computer. Throughout the course of my career, I have worked both criminal matters and counterterrorism matters. I have received a variety of law enforcement training, which includes extensive on the job training. I have served on several task forces and I am currently assigned to the FBI Joint Terrorism Task Force located in Colorado Springs, Colorado.

2. This affidavit is being submitted in support of a criminal complaint and affidavit charging Michael James Seaton with a violation of Title 18, United States Code, Sections 875(c) and 115(a)(1)(A), which prohibit the transmission in interstate or foreign commerce "any communication containing any threat to kidnap any person or any threat to injure the person of another," and threatening to assault, kidnap or murder an immediate family member of a United States Official (which includes members of Congress) with intent to impede, intimidate, or interfere with that official while engaged in performance of official duties, respectively.

3. Due to the limited purpose of this affidavit, your affiant has not included each and every fact known concerning this investigation, although, to the best of his information, knowledge and belief, your affiant has not omitted any material fact that undermines the statements and conclusions herein. Your affiant has set forth only the facts your affiant believes are necessary to establish probable cause to show that Seaton committed the listed offense.

## INVESTIGATION

4. Since approximately 2014, the United States Capitol Police in Washington, D.C., has been investigating Seaton for leaving threatening or disturbing voicemails at phone numbers belonging to United States Senators or other political figures.

5. On or about January 14, 2018, a male individual left a voicemail at a United States Senator's office (the "Senator"). In this voicemail, the caller stated, among other things:

    . . . and Senator, what is your name? [Senator's last name]? If you have a child, if it gets in a car, I want your filthy, fucking child shot in the fucking cunt. I want your fucking wife dead in a parking lot in a supermarket. Got it?
    . . .
    There's a bomb in your [home state's] office. Have your cuntlet suck it up. Die bitch. Uh, I hope your wife enjoys your six months off every year so you can fuck her cuntlet. [Senator's last name], I got a bullet for your child's head. Bang!

6. The phone number of the caller who left the voicemail described in paragraph 5, *supra*, was captured on the caller ID system at the Senator's office. Capitol Police queried cellular carrier

Sprint Spectrum and determined that this phone number (the "Cell Phone Number") is serviced by Sprint and is subscribed to "Michael Seaton" at a particular address in Boynton Beach, Florida (the "Florida Address"). The phone has been subscribed to Seaton at the Florida address since 2015.

7. I have conducted searches of publicly-available and law enforcement databases and have learned that Seaton was associated with the Florida Address as recently as September 2017.

8. In May 2016, an agent of the U.S. Capitol Police ("Agent-1") called Seaton to discuss the threatening phone calls Seaton had been making. Seaton called Agent-1 back, in a call that was recorded by Agent-1. I have reviewed that call, and in it, Seaton identifies himself as "Michael Seaton," and then continues talking for a few minutes. I have compared the Seaton's voice on the voicemail described in paragraph 5, *supra*, and the voice on the May 2016 call, and I believe they are the same person.

9. Capitol Police also obtained historical cell site data for the Cell Phone Number from Sprint. This data revealed that the Cell Phone Number that left the voicemail described in paragraph 5, *supra*, was in or near La Junta, Colorado when the call was made.

10. Based on the above captioned information, it is requested that a warrant be issued for Michael James Seaton for violation of Title 18, United States Code, Sections 875(c) and 115(a)(1)(A).

*s/ Jeffrey Schirmer*
Jeffrey Schirmer, Special Agent
FBI

Subscribed and sworn to before me this 19th day of January, 2018.

HON. NINA Y. WANG
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

**Affidavit reviewed and submitted by Andrea Surratt, Assistant United States Attorney.**

DEFENDANT: Michael James Seaton

YOB: 1959

ADDRESS (CITY/STATE): Boynton Beach, FL

OFFENSE(S): 18 U.S.C. § 875(c); 18 U.S.C. § 115(a)(1)(A)

LOCATION OF OFFENSE (COUNTY/STATE): Otero County, Colorado

PENALTY: 18 U.S.C. § 875(c): NMT 20 years' imprisonment; NMT 3 years' SR, $250,000 fine; $100 SA
18 U.S.C. § 115(a)(1)(A): NMT 10 years' imprisonment; NMT 3 years' SR; $250,000 fine; $100 SA

AGENT: Jeffrey Schirmer
Special Agent, Federal Bureau of Investigation

AUTHORIZED BY: Andrea Surratt
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  x   five days or less        over five days         other

THE GOVERNMENT

   X   will seek detention in this case based on 18 U.S.C. § 3142(f)([**1** or 2])

        will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:         Yes      x   No